## Motion to Vacate, Set Aside, or Correct a Sentence
## By a Person in Federal Custody

### (Motion Under 28 U.S.C. § 2255)

#### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. There is no fee for filing this case. If you cannot pay costs that may be associated with this motion (such as costs for an attorney or transcripts), you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the enclosed in forma pauperis forms. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original (keep the copy for your own records) to the Clerk of the United States District Court at this address:

> Clerk, United States District Court
> for the Western District of Missouri
> 400 E. Ninth St
> Kansas City, Missouri 64106

9. **CAUTION:** You must include in this motion **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District _Southern of Georgia_ |
|---|---|
| Name (under which you were convicted): _Ra'Ann Michelle Coleman_ | Docket or Case No: _2:22CR00015-1_ |
| Place of Confinement: _Alderson Federal Prison Camp_ | Prisoner No: _17297510_ |
| Movant                V. _Ra'Ann Michelle Coleman_ | United States of America |

## **MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   (b) Criminal docket or case number (if you know): _2:22CR00015-1_

2. (a) Date of the judgment of conviction (if you know): ~~(RC)~~ _10-26-2020_

   (b) Date of sentencing: _April 11, 2023_

3. Length of sentence: _33 months._

4. Nature of crime (all counts):

   _2) False statement during purchase of a Firearm._

5. (a) What was your plea: (Check one)
   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

1

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge Only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation of the case (if you know): _____

   (f) Grounds raised:


   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____

       (2) Result: _____

       (3) Date of result (if you know): _____

       (4) Citation to the case (if you know): _____

       (5) Grounds raised:



10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a)(1) Name of court: Southern District Court Of Georgia.
       (2) Docket of case number (if you know):   unKnown.

2

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: *2 pt. reduction / Compassionate release*

(5) Grounds raised:

*medical issues*

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you file any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition    Yes ☐    No ☒

(2) Second petition    Yes ☐    No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

*haven't recieved results yet*

3

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** _Ineffective Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

- Im requesting an evidentury hearing be held to go over this case.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment or conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

   I didn't know I could at the time.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____

   _____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?

   Yes ☐   No ☒

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Gov't is targeting me because of lack of evidence to indite others.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

① Person that got caught w/ my weapons not incarcerated.
② Recordings + such demanding a bigger person "They Know I'm innescent) incident (innescent)
③ no warrant (said they had one not revealed) arrest or search left ammo took weapons. Left w/ gun permit (valid)
④ talking w/ ATF (Rochester) about giving weapon back   ⑤ inaccurate witness.

(b) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment or conviction, did you raise this issue?
Yes ☒   No ☐   w/ PD

(2) If you did not raise this issue in your direct appeal, explain why:

N/A.

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____
_____

5

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?

Yes ☐   No ☒

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket case number (if you know): _____

Date of the court's decision: _____

Result: (attach a copy of the court's opinion or order if available):


(7) If your answer to Question (c)(4)or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND THREE:** Gov't failed to obtain evidence to prove my lack of involvement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

① no evidence on phone, email or etc.

② no one has told on me

③ I have no involvement

④ wasn't in state for 5 years surrounding the incident.

⑤ upset I didn't have "bigger fish".

⑥ said "I was going to do jailtime reguardly" of innoscence.

6

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment or conviction, did you raise this issue?

Yes ☒   No ☐   (PD)

(2) If you did not raise this issue in your direct appeal, explain why:


**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes", state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?

Yes ☐   No ☒

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):

7

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Sentensed Outside Of my Guidelines.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

① I asked for P.O since they had no evidence. — They said no "Jail time reguardless of innoscence."
② no weapons in my possession fired. 4 Legal + brand new.
③ could get a shorter sentense. (A fellow Inmate, same charge, lower sentense + I have severe medical issues.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment or conviction, did you raise this issue?

Yes ☒    No ☐    (P.D)

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

8

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes ☐   No ☒

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

all I only presented issues to my court appointed Public Defender.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☒   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised:

Compassionate release.
2 pt. reduction / Downward Departure.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:_____

(b) At arraignment and plea: Amy Lee Copeland._____

(c) At trial: N/A._____

9

(d) At sentencing: *Amy Lee Copeland.*

(e) On appeal: *N/A.*

(f) In any post-conviction proceeding: *N/A*

(g) On appeal from any ruling against you in a post-conviction proceeding: *N/A.*

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date of the other sentence was imposed: *N/A.*

(c) Give the length of the other sentence: *N/A.*

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below) *not a year yet.*

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. §2255, paragraph 6, provides in part that:

A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Movant asks that the Court grant the following relief:

or any other relief to which movant is entitled.  .

_____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _Dec. 20, 2023_
(month, date, year)

Executed (signed) on _12/20/2023_ (date)

_Ka Ann Coleman_  .
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

11

Ra Ann Cole
A1-24L 17297510
Federal Prison Camp
P.O Box A Glenn Ray Rd.
Alderson ,WV, 24910



Retail

Charleston

FRI 05 JAN

UNITED STATES
POSTAL SERVICE

31520

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ALDERSON, WV 24910
JAN 05, 2024

$0.00

R2305K140697-10



⇔17297-510⇔
Judge Woods
801 Gloucester ST
Brunswick, GA 31520
United States